# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2015

*The Court of Appeals hereby passes the following order:*

## A15A2383. MARY ELIZABETH ORAVEC v. JAMES G. PHILLIPS et al.

Mary Elizabeth Oravec filed a caveat to the probate of the will of Opal Anderson Phillips, asserting that the will was the result of undue influence. The probate court upheld the will, and Oravec appealed to superior court. The superior court entered summary judgment affirming the probate court's ruling, and Oravec filed this direct appeal.

Our State constitution grants the Georgia Supreme Court jurisdiction over appeals in "[a]ll cases involving wills." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (3). As the Supreme Court has explained, "'all cases involving wills' means those cases in which the will's validity or meaning is in question." *In re Estate of Lott*, 251 Ga. 461 (306 SE2d 920) (1983). Here, by claiming that the will was the product of undue influence, Oravec is attacking the underlying validity of the will. See *Lillard v. Owens*, 281 Ga. 619, 620-22 (1) (641 SE2d 511) (2007); *McCormick v. Jeffers*, 281 Ga. 264, 268 (4) (637 SE2d 666) (2006). Thus, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/03/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*